**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR 07 153 S |
| v. | : | |
| | : | Violation of Title 42, |
| | : | United States Code, Section 408(a)(4). |
| DONALD PINCINCE | : | |

FILED
DEC 20 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INFORMATION**

The United States Attorney charges:

**COUNT I**

Beginning in or around April, 2001, and continuing without interruption until in or around December, 2006, in the District of Rhode Island, defendant DONALD PINCINCE, in a matter within the jurisdiction of the Social Security Administration ("SSA"), a department or agency of the United States, who was then receiving Social Security disability payments and having knowledge of the occurrence of an event affecting defendant's continued right to such disability payments, knowingly concealed and failed to disclose such event with the intent to fraudulently secure payment when no payment was authorized. Specifically, defendant DONALD PINCINCE concealed the fact that he was working at Nationwide Construction, Inc. and earning income in excess of the amounts which Defendant could lawfully earn without requiring a decrease in his Social Security benefits in order to continue to receive and Social Security Disability payments in amounts greater than that to which he was entitled. By such action, defendant DONALD PINCINCE received approximately $94,430.00 in SSA Disability payments to which he was not entitled.

In violation of 42 U.S.C. § 408(a)(4)

ROBERT CLARK CORRENTE
United States Attorney

By: ______________________
LUIS M. MATOS
First Assistant U.S. Attorney

______________________
STEPHEN G. DAMBRUCH
Criminal Chief

12/20/07
DATE