CR 07 153 S

AO 257
(USAO REV. 6/99)

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT, RHODE ISLAND (PROVIDENCE)

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): LUIS M. MATOS, First Asst. U.S. Attorney

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Social Security Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40 . Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: Rhode Island

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT – U.S. vs.**

DONALD PINCINCE

REDACTED

] Alien
pplicable)

Soc

I

1)

2)
3)

I...

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶

Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS

Social Security Fraud, in violation of Title 42, United States Code, Section 408(a)(4)

Maximum Penalties:

5 years imprisonment
$250,000 fine
3 years supervised release
$100 mandatory special assessment.

Anticipated Trial Days: 2-3 days

This form was electronically produced by Elite Federal Forms, Inc. - mod HI (11/00)