**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CR 07-153S** |
| | : | |
| **DONALD PINCINCE** | : | |

**ENTRY OF APPEARANCE**

Now comes William J. Murphy, Esquire #4258 and Norman L. Landroche, Jr. #6056 and hereby enter their appearance on behalf of the Defendant, Donald Pincince.

Respectfully submitted,
Donald Pincince,
By his Attorney,

/s/ William J. Murphy
William J. Murphy #4258
MURPHY & FAY, LLP
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Telephone: 401-490-3200
Facsimile: 401-490-3207

/s/ Norman L. Landroche, Jr.
Norman L. Landroche, Jr. #6056
MURPHY & FAY, LLP
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Telephone: 401-490-3200
Facsimile: 401-490-3207

**CERTIFICATION**

I, the undersigned, hereby certify that on the 9th day of January, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system for Luis M. Matos, Esquire, First Assistant United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903

________________________________