AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

United States of America

v.

Donald Pincince

APPEARANCE

CASE NUMBER: CR-07-153S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Donald Pincince

I certify that I am admitted to practice in this court.

1/9/2008
*Date*

Murphy and Fay LLP
[signature]
*Signature*

Norman L. Landroche Jr. (#6056)
*Print Name* *Bar Number*

127 Dorrance Street - 2nd Floor
*Address*

Providence R.I. 02903
*City* *State* *Zip Code*

(401)490-3200 (401)490-3207
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.