O AO 455 (Rev. 5/85) Waiver of Indictment

RECEIVED
DEC 20 2007
U.S. DISTRICT COURT
DISTRICT OF R.I.

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
DONALD PINCINCE

WAIVER OF INDICTMENT

CR 07 153 S

CASE NUMBER:

I, Donald Pincince, the above named defendant, who is accused of

Social Security Fraud, in violation of Title 42, United States Code, Section 408(a)(4),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on January 9, 2008 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
Defendant

[signature] (#6056)
Counsel for Defendant

Before [signature]
Judicial Officer USMJ