# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

DONALD PINCINCE

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR 07-153S

(Name and Address of Defendant)

DONALD PINCINCE

[redacted]

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States Courthouse<br>Two Exchange Terrace<br>John O. Pastore Federal Building<br>Providence, RI 02903 | Courtroom B |
| Before: Magistrate Judge David L. Martin | Date and Time<br>Wednesday, January 9, 2008 at 2:30 P.M. |

To answer a(n)

☐ Indictment ☒ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 42 Section(s) 408(a)(4)

Brief description of offense:

Social Security Fraud

Martha Saucier

Signature of Issuing Officer

January 2, 2008

Date

Martha Saucier, Deputy Clerk

Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date 1/9/08

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: Federal Magistrate Court

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 1/9/08
Date

Burton Stallwood
Name of ~~United States~~ Marshal

[signature]
(by) Deputy United States Marshal

Remarks: Δ's Atty Previously Served by FAX.

FILED

2008 JAN 10 A 11:24

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.