**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **C.R. No.: 08-0153-001** |
| | : | |
| **DONALD PINCINCE** | : | |

**DEFENDANT'S MEMORANDUM IN AID OF SENTENCING**
**AND**
**MEMORANDUM IN AID OF A VARIANCE**

The Defendant hereby submits to the Court this Memorandum in Aid of Sentencing and Memorandum in Aid of a Variance.

1. Advisory Guideline Range

In this case, the Pre-Sentence Report establishes an advisory guideline range of 10 to 16 months based upon a net offense level of 12 and a criminal history of 1. This guideline range is found in Zone C of the sentencing table.

2. Consideration of 18 U.S.C. § 3553(a) factors

In determining the sentence to impose in this case, the Court must consider the general purposes of sentencing as those goals are set out in 18 U.S.C. § 3553(a). As this Court has noted on many occasions, the provisions of 18 U.S.C. 0167 3553(a) direct sentencing judges to impose a sentence "sufficient, but not greater than necessary" to effectuate the various, overlapping policies set out in the statute.

3. Defendant's Characteristics

Donald Pincince is a sixty-seven (67) year old man who has been a lifelong resident of Woonsocket, Rhode Island. Mr. Pincince has no prior criminal record. The

Defendant has been married for forty-six (46) years; has two (2) children and three (3) grand-children. Mr. Pincince and his wife own their own home. The Defendant is in fair health and is required to take daily medication for diabetes and high blood pressure. Mr. Pincince served in the United States Army and was honorably discharged. He has no substance abuse problems.

Mr. Pincince was involved in a motor vehicle accident in 1992 which forced him to leave his job with the Teamsters Union six (6) months short of working the required twenty-five (25) years for a full pension.

In 1994, as a result of the 1992 motor vehicle accident, Mr. Pincince started receiving Social Security Disability Income.

The Defendant received Social Security benefits when he reached the age of sixty-five (65) but those benefits were stopped in April, 2007 because of the instant case.

The Defendant is a non-violent, non-dangerous individual. Mr. Pincince made a terrible decision for which he has accepted full responsibility. The Court and the United States Attorney's Office did not have to expend their respective resources as Mr. Pincince waived indictment.

4. Nature of the Offense

The need to incarcerate Donald Pincince is somewhat diminished because the offense is non-violent, lessening the need to protect society from the Defendant. 18 U.S.C. 3553(a)(2)(B).

The Defendant's crime was aberrant behavior on his part and was simply done out of frustration. Mr. Pincince knows and has admitted that his poor judgment was criminal.

5. Deterrence

The fact that the Defendant is a convicted felon and has suffered humiliation for his crime will deter him from any future illegal conduct. Mr. Piincince is sixty-seven (67) years of age and not in the best of health which further supports his argument that he will not be a recidivist.

6. Defense Counsel's Sentencing Recommendation

Defense counsel respectfully recommends that the Court make a downward variance in the offence level to a level 8 and impose a sentence of three (3) years probation with a condition of several months of probation in home confinement. The offense is a Class D Felony which carries a statutory maximum of five (5) years imprisonment.

The non-violent nature of the offense, the defendant's early acceptance of responsibility, and his life history all weigh in favor of a variance.

Respectfully submitted,
Donald Pincince,
By his Attorney,

/s/ William J. Murphy
William J. Murphy #4258
Murphy & Fay, LLP
127 Dorrance Street – 2nd Floor
Providence, Rhode Island 02903
Telephone: 401-490-3200
Facsimile: 401-490-3207

**CERTIFICATION**

I, the undersigned, hereby certify that on the 10th day of April, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system for Luis M. Matos, Esquire, First Assistant United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903

______________________________